IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMAL TAYLOR,

Plaintiff,

v.

DR. RITZ, *et al.*,

Defendants.

Case No. 18-cv-983 JPG

### **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 8, 2020**         **MARGARET M. ROBERTIE, Clerk of Court**

                    **s/Tina Gray, Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**